UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Cr. No. 1:21-cr-138-SM-01/02 |
| ) | |
| EDWIN QUEZADA ) | Conspiracy to Transfer Firearm to |
| MIGUEL GUZMAN, ) | out of State Resident by Unlicensed Persons |
| Defendants ) | (18 U.S.C. § 371 and § 922(a)(5)) |
| ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 371 and 922(a)(5) – Conspiracy to Transfer Firearm to out of State Resident by Unlicensed Persons]

Background

1. At all times material to this indictment, defendant Edwin Quezada was a resident of the Commonwealth of Massachusetts. He was not a licensed importer, manufacturer, dealer, or collector of firearms.

2. At all times material to this indictment, defendant Miguel Guzman was not a resident of the State of New Hampshire. He was not a licensed importer, manufacturer, dealer, or collector of firearms.

3. At all times material to this indictment, Person 1 was a resident of the State of New Hampshire. He was not a licensed importer, manufacturer, dealer, or collector of firearms.

The Conspiracy

4. Beginning in 2017 and continuing to in and around October 2020, in the District of New Hampshire and elsewhere, the defendants,

EDWIN QUEZADA
and
MIGUEL GUZMAN,

knowingly and willfully conspired and agreed with each other, Person 1, and others known and unknown to the grand jury, to commit an offense against the United States, specifically, to unlawfully transfer, sell, trade, give, transport, and deliver firearms in the State of New Hampshire to persons who they knew or had reasonable cause to believe did not reside in the State of New Hampshire.

## Object of the Conspiracy

5. It was the object of the conspiracy to cause the unlawful transfer of firearms to persons who did not reside in the State of New Hampshire.

## Manner And Means Of The Conspiracy

6. It was part of the conspiracy that Miguel Guzman solicited Person 1 to sell firearms to him.

7. It was part of the conspiracy that Person 1 agreed to sell firearms to Miguel Guzman using Edwin Quezada as an intermediary.

8. It was part of the conspiracy that Edwin Quezada agreed to serve as an intermediary between Person 1 and Miguel Guzman to facilitate the transfer of firearms from Person 1 to Miguel Guzman.

9. It was part of the conspiracy that Miguel Guzman sent Edwin Quezada to New Hampshire to pick up firearms from Person 1.

## Overt Acts

10. In furtherance of the conspiracy and to effect the object of the conspiracy, one or more of the conspirators committed at least one of the following overt acts, among others, in the

District of New Hampshire and elsewhere:

 (a) Miguel Guzman periodically contacted Person 1 and identified the firearms he wanted to purchase from Person 1;

 (b) On multiple occasions, Edwin Quezada traveled to New Hampshire to pick up the firearms from Person 1 for Guzman;

 (c) Person 1 transferred a Glock, model 43, 9mm pistol to Edwin Quezada for delivery to Miguel Guzman;

 (d) Person 1 transferred a Walther PPQ, 9mm pistol to Edwin Quezada for delivery to Miguel Guzman;

 (e) Person 1 transferred a FN, model 57, 9mm pistol to Edwin Quezada for delivery to Miguel Guzman;

 (f) Person 1 transferred a Glock, model 17, 9mm pistol to Edwin Quezada for delivery to Miguel Guzman;

 (g) Person 1 transferred a Glock, model 19, 9mm pistol to Edwin Quezada for delivery to Miguel Guzman;

 (h) Person 1 transferred a Glock, model 43, 9mm pistol to Edwin Quezada for delivery to Miguel Guzman;

 (i) On June 5, 2020, Guzman engaged in a telephone call with Person 1 and requested that Person 1 get him prices for various firearms for him to purchase.

 All in violation of Title 18, United States Code, Sections 371 and 922(a)(5).

## NOTICE OF CRIMINAL FIREARMS FORFEITURE

## PURSUANT TO 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The allegations of Count One of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. 924(d). Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense.

All in violation of Title 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c).

Dated: August 16, 2021

A TRUE BILL

/s/ Foreperson
Foreperson of the Grand Jury

JOHN J. FARLEY
Acting United States Attorney
District of New Hampshire

/s/ Debra M. Walsh
By: Debra M. Walsh
Assistant U.S. Attorney